UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JULIUS ERVING HARRIS,
Institutional ID No. 28814

        Petitioner,

v.

106TH DISTRICT COURT OF
DAWSON COUNTY,

        Respondent.

No. 5:23-CV-00160-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated October 23, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge